AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: 1:18-mj-245 | Date and time warrant executed: 8/6/18  8:15 AM | Copy of warrant and inventory left with: In vehicle |
| Inventory made in the presence of: TFO Steve Takacs | | |
| Inventory of the property taken and name of any person(s) seized: See attached (41 items) | | |

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 8/22/18

*Executing officer's signature*

Bruce Bennett FBI Special Agent
*Printed name and title*

FD-597 (Rev. 4-13-2015)  Page 1 of 3

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property

Case ID: 198A-MP-2230435

On (date): August 6, 2018   item (s) listed below were:
☒ Collected/Seized
☐ Received From
☐ Returned To
☐ Released To

(Name): 2011 Chevrolet Silverado K2500
(Street Address): ND 839 BRC
(City): Bismarck, ND

Description of Item(s):
1) American flag lighter;
2) USB cable;
3) Roll of medical tape;
4) Right handed work glove
5) Hair like substance
6) Front passenger seat belt
7) Left handed work glove
8) Left handed work glove
9) Right handed work glove
10) Black and white striped towel
11) Right handed work glove
12) Left handed work glove
13) Aerosol can
14) Three work gloves
15) Striped fabric
16) Fabric
17) Sunglasses
18) Yellow fish stringer
19) Tire Iron

Received By: [Signature]
Printed Name/Title: Mark Fredlove - SA

Received From: _____ (Signature)
Printed Name/Title: _____

FD-597 (Rev. 4-13-2015)　　　　　　　　　　　　　　　　　　　Page 2 of 3

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property

Case ID: 198A-MP-2230435

On (date): August 6, 2018

item(s) listed below were:
- [X] Collected/Seized
- [ ] Received From
- [ ] Returned To
- [ ] Released To

(Name): 2011 Chevrolet K2500
(Street Address): ND license plate 839BRC
(City): Bismarck, ND

Description of Item(s):
20) Dark colored rain pants
21) Dark colored hooded sweatshirt
22) Steering wheel and center piece with air bag
23) Pink sunglasses
24) CD case holder
25) Blue lighter
26) Dark colored rain jacket
27) Planet Pizza Game Card
28) Air bag control module
29) USB cable (black)
30) Two ID badge holders
31) Pink fabric
32) Left handed work glove
33) Sunglasses
34) Tire jack tools with case
35) Dark colored fabric
36) Four pink pills in packaging
37) 66 cartridge cases
38) Blue towel

Received By: (Signature)
Printed Name/Title: Mark Fredlove SA

Received From: (Signature)
Printed Name/Title:

FD-597 (Rev. 4-13-2015)

Page 3 of 3

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property

Case ID: 198A-MP-2230435

On (date) August 6, 2018 item (s) listed below were:
☒ Collected/Seized
☐ Received From
☐ Returned To
☐ Released To

(Name) 2011 Chevrolet Silverado K2500

(Street Address) ND license plate 839BRC

(City) Bismarck, ND

Description of Item(s):

(39) Two North Dakota License Plates (JOP448)
(40) Rope
(41) Front Driver's Seat belt

Nothing further MRF

Received By: [Signature]
Printed Name/Title: Mark Fredkove - SA

Received From: _____ (Signature)
Printed Name/Title: _____